Chambers of
Richard D. Rogers
Senior Judge

July 6, 2006

Telephone
(785) 295-2735
Fax
(785) 295-2613

Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D. C.  20544

RE:  Amendment to 2005 Financial Disclosure Report

I have been asked to amend Part VII, page 4, lines 7 and 14-17 and all of Part VIII of my 2005 report where I have omitted information on several stocks that I own.

Line 7 should read as follows:

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| Citigroup | A | Div. | J | T | Buy | 10/26 | J | | |

Lines 14-17, and 18-22 (Part VIII), should read as follows:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14. Verizon | - | None | J | T | Buy | 10/26 | J |
| 15. Proctor & Gamble | - | None | J | T | Buy | 10/26 | J |
| 16. OneOk | A | Div. | J | T | Buy | 10/26 | J |
| 17. Johnson and Johnson | A | Div. | J | T | Buy | 10/26 | J |
| 18. British Petroleum | A | Div. | J | T | Buy | 10/26 | J |
| 19 Royal Dutch Shell | - | None | J | T | Buy | 10/26 | J |
| 20. 3M Company | - | None | J | T | Buy | 10/26 | J |
| 21. Burlington Northern | - | None | J | T | Buy | 10/26 | J |
| 22. Vanguard Bonds | A | Int. | J | T | Buy | 10/26 | L |

I apologize for the omissions in my Report.  I will attempt to complete it properly next year.  I have also noted the advice you provided on the first page of your letter, and I understand that it is given for informational purposes and that no response is required at this time.  I will keep your suggestions in mind for the next reporting period.

Committee on Financial
 Disclosure
Page Two


        Please do not hesitate to contact me if you should have any
additional questions or suggestions.

                                        Sincerely,

                                        Richard D. Rogers

RECEIVED
2006 JUL 13 A 11:00
FINANCIAL
DISCLOSURE OFFICE

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rogers, Richard D | 2. Court or Organization<br><br>US District Court, Topeka KS | 3. Date of Report<br><br>04/26/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Senior District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>410 Federal Building<br>444 SE Quincy St.<br>Topeka KS 66683 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of instructions.)

☒ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of instructions.)

☒ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Richard D | 04/26/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Kansas Farm Bureau Retirement Pension | $ 2880.00 |
| 2. | | Kansas Public Employees Retirement Pension | $ 1596.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judicial Center | June 9-14, 2005 Humanities & Science Seminar, Princeton NJ; Transportation & food |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Richard D | 04/26/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. State Mutual Ins. Co. | Policy Loans | J |
| 2. Veterans Life Ins. | Policy Loans | J |
| 3. Northwestern Mutual Life Ins. | Policy Loans | J |
| 4. KS Farm Bureau Life Ins. Co. | Policy Loans | J |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Richard D | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Western Resources common stock | D | Dividend | M | T | | | | | |
| 2. Nuveen tax exempt bond fund | A | Interest | K | T | | | | | |
| 3. Security Benefit tax exempt fund | C | Interest | M | T | Redemption | 10/15 | M | A | |
| 4. Fidelity St. Bank CD | A | Interest | J | T | | | | | |
| 5. Oil Royalty, Haskell Co., OK | C | Royalty | J | T | | | | | |
| 6. Bank of America savings account | A | Interest | J | T | | | | | |
| 7. Citigroup | | | | | Buy | 10/26 | J | | |
| 8. Credit Union One | A | Interest | J | T | | | | | |
| 9. Target common stock | A | Dividend | J | T | | | | | |
| 10. Southern Co. common stock | A | Dividend | K | T | | | | | |
| 11. Bank of America common stock | A | Dividend | J | T | | | | | |
| 12. SBC common stock | A | Dividend | J | T | | | | | |
| 13. Capitol Federal common stock | A | Dividend | J | T | | | | | |
| 14. Verizon | | | | | Buy | 10/26 | J | | |
| 15. Proctor & Gamble | | | | | Buy | 10/26 | J | | |
| 16. OneOk | | | | | Buy | 10/26 | J | | |
| 17. Johnson & Johnson | | | | | Buy | 10/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3=$25,000,001-$50,000,000 | R=Cost (Real Estate Only) | P4=More than $50,000,000 | T=Cash Market | |
| | Q=Appraisal | V=Other | S=Assessment | | |
| | U=Book Value | | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Richard D | 04/26/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts, continued:

| | |
|---|---|
| British Petroleum | Buy 10/26 J |
| Royal Dutch Shell | Buy 10/26 J |
| 3M Company | Buy 10/26 J |
| Burlington Northern | Buy 10/26 J |
| Vanguard Bonds | Buy 10/26 L |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date __4/26/06__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544